**Exhibit A to the Complaint**

**Location:** Waterford, MI  **IP Address:** 76.122.133.108
**Total Works Infringed:** 45  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 1C4BAD1EB82E9D9CE2FECA144C60279194B92B01 | 01/07/2025 12:31:36 | Blacked Raw | 12/30/2024 | 01/15/2025 | PA0002509349 |
| 2 | 74cbbecb65f29e12ad4c298a7847d411f3328408 | 09/30/2024 16:26:01 | Blacked | 09/13/2021 | 10/05/2021 | PA0002315289 |
| 3 | F9B62E842A1CA1BEB3756E2CC5070167519EE569 | 07/18/2024 11:11:30 | Blacked | 07/17/2024 | 08/14/2024 | PA0002484871 |
| 4 | 9FCF1A40E0FFFBCAB6EF1BA28F6E43251BAD8B55 | 07/07/2024 12:55:17 | Milfy | 01/31/2024 | 03/15/2024 | PA0002463458 |
| 5 | D2B10A1EA574F6CEECE0F89D3019A4EAC8E18A24 | 07/07/2024 12:54:53 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 6 | 2EB845339435F5F47C490DBC28611E017636C92E | 07/07/2024 12:54:52 | Blacked Raw | 05/06/2024 | 05/07/2024 | PA0002469675 |
| 7 | fd02ee3fec1b9fdd35353731d716c4cd136458c1 | 06/17/2024 13:11:47 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 8 | 5f9292f450258b22e1d37e467175ebef6ebbe75a | 05/20/2024 16:27:46 | Vixen | 02/18/2022 | 03/29/2022 | PA0002342837 |
| 9 | 4f6bd44c12f47de9f0dac634f40c074821141b50 | 05/16/2024 11:14:49 | Milfy | 04/17/2024 | 06/24/2024 | PA0002477490 |
| 10 | 6e1f4302c8842d8df4722974e87a16c81f072b5b | 04/06/2024 19:04:14 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 11 | 07c9ac091b7a09bcc810c747df28c7587e69c207 | 04/06/2024 18:51:00 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 12 | 78bd9b435990a76bf106093fe3911ba28da3edac | 04/05/2024 17:02:55 | Blacked Raw | 02/26/2020 | 04/17/2020 | PA0002252443 |
| 13 | a2725152959862fc4ce31341bf7a116fd758bcb3 | 04/05/2024 15:48:21 | Tushy | 03/12/2018 | 04/17/2018 | PA0002116754 |
| 14 | 3c4ec90cd004e0fb274f22598c616a3cfb94e41d | 04/04/2024 15:39:14 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 15 | 3a53c4bdb8b8989d8bcf14422ac6d98d1ec97380 | 04/04/2024 14:33:20 | Blacked Raw | 12/03/2019 | 01/03/2020 | PA0002233431 |
| 16 | 1831d9a7258cb51b53b360b06b1d1ab838bf0cb5 | 04/04/2024 11:12:33 | Blacked | 08/18/2018 | 09/05/2018 | PA0002135664 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 6f39744937be63feede6551a91f8b37b0082b2ef | 04/03/2024 14:03:10 | Blacked | 11/11/2019 | 11/27/2019 | PA0002213994 |
| 18 | 6f07e7ba2ea9943154aaa7089e75139347078425 | 03/29/2024 12:11:19 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 19 | 647cfd990fa697c165d54f27ca9cbc3ad9c7c54b | 03/11/2024 20:35:28 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 20 | c2f4e806315f427eaf1fb540c12aea05dd4025af | 03/11/2024 17:18:26 | Tushy | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 21 | 201072344f21648bf852325e91fe77916e808433 | 03/08/2024 02:37:17 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 22 | 20f47a30070e1740ba28f1ca0d72bf5a1576c6cb | 03/08/2024 02:31:13 | Tushy | 02/13/2019 | 03/11/2019 | PA0002158596 |
| 23 | 21990f7755cd1cec331da1b80cd64c0316088533 | 03/08/2024 02:05:16 | Tushy | 11/07/2019 | 12/03/2019 | PA0002232040 |
| 24 | 3e47999f76d4cc3e1a9147879ec5715beb53bd08 | 03/07/2024 20:49:21 | Blacked Raw | 11/30/2020 | 01/04/2021 | PA0002277037 |
| 25 | 3e45ea118026189f1b5ba61febdd4a5e1d2ae182 | 03/07/2024 20:20:46 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 26 | e2c8bc20c80ccba4afa33ad104e3b2cac46c8a19 | 03/07/2024 20:14:42 | Tushy | 10/08/2018 | 11/01/2018 | PA0002143422 |
| 27 | 39ba1da7c78ae03c6f19ae07d392a16a6a86afc6 | 03/04/2024 18:05:03 | Vixen | 12/03/2021 | 12/09/2021 | PA0002325832 |
| 28 | 671cc8792dc545e6111199f87fd2aebee37e55c9 | 03/04/2024 17:49:54 | Blacked | 06/11/2022 | 06/27/2022 | PA0002355039 |
| 29 | 6196613f3129eb9b4b935b5ae028febbef7ca240 | 03/04/2024 16:08:57 | Blacked Raw | 02/08/2021 | 03/08/2021 | PA0002280363 |
| 30 | 458939b16fb019361111adbe890a5abd0ae6d800 | 03/04/2024 15:19:05 | Blacked | 02/04/2019 | 03/24/2019 | PA0002183208 |
| 31 | c4a19cef138dc5df9eb5d8a50f50f15bafa0e321 | 02/05/2024 13:58:02 | Tushy | 01/06/2020 | 02/03/2020 | PA0002236202 |
| 32 | 442cf37e758da054bb899ee8be4f33da8e2626a0 | 02/04/2024 18:23:57 | Blacked Raw | 11/08/2019 | 12/03/2019 | PA0002232045 |
| 33 | f2c9a95ef45963d9a9e418146c34f8224237372c | 12/04/2023 14:44:44 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |
| 34 | 68825d14e107878e663148630e890a0fe6ad25c3 | 11/20/2023 11:21:14 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | A9B3B91FFBA4A24039320F64469042E56D91682F | 11/16/2023 20:32:49 | TushyRaw | 09/27/2023 | 10/18/2023 | PA0002435616 |
| 36 | ae5b9860c4a44aff2a064eafb0714a7f28ce8e57 | 10/19/2023 11:40:53 | Milfy | 08/23/2023 | 12/05/2023 | PA0002443638 |
| 37 | b232f6c7054db73f98230ab71eb6f8400c033f12 | 10/15/2023 12:36:37 | Blacked Raw | 03/20/2023 | 04/07/2023 | PA0002405757 |
| 38 | fcbdd786b6dd5bd2293a2ac1656ac7b71941b22d | 10/09/2023 06:50:42 | Tushy | 06/07/2020 | 06/25/2020 | PA0002255506 |
| 39 | 3bba3520d89bb4f32c9c0f3c7236c2fa212a5da0 | 09/22/2023 20:46:33 | Tushy | 03/06/2020 | 04/15/2020 | PA0002244958 |
| 40 | d22a1666bb52dc25564f0b6be59236e718a03482 | 09/22/2023 17:40:46 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 41 | 2acf7619c9dd40a021fbd594dc8a91f271c8ffad | 07/07/2023 19:44:44 | Vixen | 04/28/2023 | 05/15/2023 | PA0002411258 |
| 42 | 270771a2b2531f634cf93c0a0b2d95f843fbac04 | 06/22/2023 15:18:41 | Blacked | 08/23/2018 | 11/01/2018 | PA0002143434 |
| 43 | 1A122F78883CAB7831D421F3F89E16CD55F82942 | 06/12/2023 17:36:52 | Vixen | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 44 | A6EA7322227167BB958372EA0FF00D8E41D18E19 | 05/31/2023 11:42:34 | Blacked Raw | 05/24/2023 | 06/09/2023 | PA0002415389 |
| 45 | 9244B7F8D448987ED43359A8149929437E8DF207 | 05/31/2023 11:07:18 | Blacked | 05/27/2023 | 06/09/2023 | PA0002415390 |